AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Kimery, et al., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| Broken Arrow Public Schools, et al., | ) ) ) | 11 CV - 249 CVE   PJC |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Keith Ballard
Superintendent, Tulsa Public Schools
Post Office Box 470208
Tulsa, OK 74147-0208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: __APR 2 5 2011__     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| Kimery, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Broken Arrow Public Schools, et al., | ) **11 CV - 249 CVE   PJC** |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Board of Education of Tulsa Public Schools
Post Office Box 470208
Tulsa, OK 74147-0208


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk

CLERK OF COURT

Date: APR 2 5 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Kimery, et al., <br> *Plaintiff* <br> v. <br> Broken Arrow Public Schools, et al., <br> *Defendant* | ) ) ) ) ) ) ) ) )    Civil Action No. <br><br> **11 CV - 249 CVE   PJC** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Union Public Schools
8506 East 61st Street
Tulsa, OK 74133-1826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk

CLERK OF COURT

Date: APR 2 5 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| Kimery, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. **11 CV - 249 CVE  PJC** |
| Broken Arrow Public Schools, et al., ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peggy Young
Clerk, Board of Education of Tulsa Public Schools
Post Office Box 470208
Tulsa, OK 74147-0208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: APR 2 5 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Kimery, et al., | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Broken Arrow Public Schools, et al., | ) | **11 CV - 249 CVE   PJC** |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Board of Education of Union Public Schools
8506 East 61st Street
Tulsa, OK 74133-1826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: APR 2 5 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Kimery, et al., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| Broken Arrow Public Schools, et al., | ) ) ) | **11 CV - 249 CVE   PJC** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tulsa Public Schools
Post Office Box 470208
Tulsa, OK 74147-0208


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk

CLERK OF COURT

Date: APR 2 5 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Oklahoma

| | | |
|---|---|---|
| Kimery, et al., | ) | |
| Plaintiff | ) ) | |
| v. | ) | Civil Action No. 11 CV - 249 CVE   PJC |
| Broken Arrow Public Schools, et al., | ) ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Beverly Thummel
Secretary, Board of Education of Union Public Schools
8506 East 61st Street
Tulsa, OK 74133-1826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: APR 2 5 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| Kimery, et al., | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 11CV-249 CVE  PJC |
| Broken Arrow Public Schools, et al., | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kirt Hartzler
Associate Superintendent, Union Public Schools
8506 East 61st Street
Tulsa, OK 74133-1826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
CLERK OF COURT

Date: APR 2 5 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Kimery, et al., | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. **11 CV - 249 CVE   PJC** |
| Broken Arrow Public Schools, et al., | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cathy Burden
Superintendent, Union Public Schools
8506 East 61st Street
Tulsa, OK 74133-1826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: __APR 2 5 2011__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Kimery, et al., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| Broken Arrow Public Schools, et al., | ) ) ) | **11 CV - 249 CVE   PJC** |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Jane Hedrick
Clerk, Board of Education of Jenks Public Schools
205 East B Street
Jenks, OK 74037-3906

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date:   APR 2 5 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Kimery, et al., | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. **11 CV - 249 CVE   PJC** |
| Broken Arrow Public Schools, et al., | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jarod Mendenhall
Superintendent, Broken Arrow Public Schools
701 South Main Street
Broken Arrow, OK 74012-5528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date:   APR 2 5 2011                                                     /s/

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| Kimery, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Broken Arrow Public Schools, et al., | ) |
| | ) **11 CV - 249 CVE   PJC** |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kirby Lehman
Superintendent, Jenks Public Schools
205 East B Street
Jenks, OK 74037-3906

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk

*CLERK OF COURT*

Date: __APR 2 5 2011__   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Kimery, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Broken Arrow Public Schools, et al., | ) | **11 CV - 249 CVE   PJC** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Board of Education of Jenks Public Schools
205 East B Street
Jenks, OK 74037-3906


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk

CLERK OF COURT

Date: __APR 2 5 2011__          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Kimery, et al., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 11 CV - 249 CVE  PJC |
| Broken Arrow Public Schools, et al., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Broken Arrow Public Schools
                                                              701 South Main Street
                                                              Broken Arrow, OK 74012-5528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
                                                              Becket Fund for Religious Liberty
                                                              3000 K. St., NW
                                                              Suite 220
                                                              Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: APR 2 5 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| Kimery, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Broken Arrow Public Schools, et al., | ) **11 CV - 24 9 CVE   PJC** |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Board of Education of Broken Arrow Public Schools
701 South Main Street
Broken Arrow, OK 74012-5528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: ___R 2 5 20___        ___/s/___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| Kimery, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Broken Arrow Public Schools, et al., | ) **11 CV - 249 CVE   PJC** |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jenks Public Schools
205 East B Street
Jenks, OK 74037-3906

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Meir Katz
Becket Fund for Religious Liberty
3000 K. St., NW
Suite 220
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk

CLERK OF COURT

Date: APR 2 5 2011

*Signature of Clerk or Deputy Clerk*