DUPLICATE

Court Name: Northern District Oklahoma
Division: 4
Receipt Number: TOK010835
Cashier ID: smacdona
Transaction Date: 04/25/2011
Payer Name: LAIZURE AND THETFORD
-----------------------------------
CIVIL FILING FEE
 For: LAIZURE AND THETFORD
 Case/Party: D-OKN-4-11-CV-000249-001
 Amount:          $350.00
-----------------------------------
CHECK
 Remitter: LAIZURE AND THETFORD
 Check/Money Order Num: 1101
 Amt Tendered:  $350.00
-----------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

FILING FEE FOR 11-CV-249-CVE-PJC


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  a $45 fee will
be charged for a returned check."