UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD KIMERY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 11-CV-0249-CVE-PJC |
| ) | |
| BROKEN ARROW PUBLIC SCHOOLS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This Order shall constitute notice to the parties that the undersigned is a trustee of two educational trusts for the Roman Catholic Diocese of Tulsa, which provide financial support to local Catholic schools. The undersigned has reviewed plaintiff's complaint and can discern no conflict of interest based on the relationship with the trusts. Nor does the undersigned harbor any personal bias regarding the issues in this case. However, both parties shall be given the opportunity to request recusal based on the appearance of partiality.

**IT IS THEREFORE ORDERED** that the parties shall file a joint statement with the Court no later than **ten (10) days** after the date counsel has entered an appearance for all defendants, containing a request for recusal, if any. The statement shall not reveal the identity of any party that requests recusal. If the parties do not wish to request recusal, the statement shall reflect the waiver of that option, and the undersigned shall continue to preside over this matter.

**DATED** this 6th day of May, 2011.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT